# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VIRGIN ISLANDS
# DIVISION OF SAINT THOMAS AND SAINT JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiffs<br><br>vs.<br><br>JOHNNY ARIAS RODRIGUEZ<br>Defendant | CRIM. NO. 22-CR-015 (RAM) |

## SENTENCING MEMORANDUM

COMES NOW, Defendant **JOHNY ARIAS RODRIGUEZ**, by and through his counsel, Anita Hill-Adames, who very respectfully alleges, states and prays as follows:

1. Mr. Arias Rodriguez was arrested on December 29, 2021 and released on January 13, 2022. He pled guilty on October 30, 2023.

2. He is a 28 year old Hispanic young man with no prior convictions as a juvenile nor an adult. Thus he is, despite a state arrest which was dismissed, a first offender. See ¶39PSR.

3. Arias Rodriguez was raised by his mother, since he was abandoned by his father at age (2), to this day his father's whereabouts remain unknown. He describes his mother as a hard worker and an excellent provider. He emphasizes that he has a wonderful relationship with her. ¶45 PSR.

4. Arias describes a good childhood with all his necessities met, he enjoys the beach and playing basketball.

5. Arias mother who has been very present throughout the case describes him as: "good, quiet, humble, well mannered." ¶51 PSR. She raised him as a single mother and did her best, she did not raise him to participate in criminal activities, this has devastated her but she remains supportive and he will reside with her upon his release. The defendant is the father of a (9) month old baby whom he treasures and loves greatly, fatherhood has motivated him to become a law abiding citizen and to treasure life and liberty.

6. Arias problems stem from a lack of formal schooling from the 8th grade onward caused by Attention Deficit Hyperactivity Disorder (ADHD), he repeated the 4th grade. He received psychotherapy during school years because of his learning disabilities. Thereafter it remained untreated.

7. Notwithstanding, he engaged in vocational training (paramedic) and expressed interest in pursuing it formally upon his release. Arias would also like to become fluent in the English language and benefit from the drug course.

8. The defendant will be subject to a supervised release term of (5) years, as such any violations to his conditions that is new criminal conduct, drug use, or any other lesser violations he will be before the Honorable Court for revocation proceedings and a possible jail sentence.

9. The total base offense level is (25) without the government's additional (1) level for acceptance of responsibility. On November 16, 2023 the government filed a Motion under F.R.C.P. 48(a) requesting this Honorable Court to strike the mandatory sentencing language from the indictment. This request was part of the

plea negotiations that were held between the undersigned, Counsel Gonzalez and AUSA Potter.

10. Notwithstanding, Arias will have to serve a significant number of years in prison where he will benefit from vocational training, English as a second language and drug course. He will be separated from his mother and his new born son.

11. This time along with the Supervised Release term will serve as sufficient punishment and deterrence to avoid being a repeat offender.

12. Arias Rodrigiuez request that he be sentenced to the lower end of the applicable guideline, that is (60) months.

**WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above.**

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 3rd day of February, 2024.

S/ *Anita Hill Adames*
Anita Hill Adames, Esq.
Bar Number: 209007 (USDC PR)
Po Box 16224
San Juan, Puerto Rico 00908
Phone Number: (787) 531-8888
anitahill88@outlook.com

### CERTIFICATE OF SERVICE

I HEREBY CERTITY THAT on this day the foregoing Sentencing Memorandum has been filed via the ECF/CCMsystem which will notify all counsel of record.

S/Anita Hill Adames
Bar No. 209007